IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., | ) ) ) | |
| Plaintiff/Counterclaim-Defendant, | ) ) | Civil Action No. 1:11-cv-05289 |
| v. | ) ) | |
| UNITED STATES CELLULAR CORPORATION, | ) ) ) ) | Judge Elaine E. Bucklo |
| Defendant/Counterclaim-Plaintiff. | ) | |

**DEFENDANT UNITED STATES CELLULAR CORPORATION'S MOTION FOR LEAVE TO FILE EXHIBIT R TO MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT UNDER SEAL**

Pursuant to Local Rule 26.2 and Local Patent Rule 1.4, Defendant United States Cellular Corporation ("U.S. Cellular") hereby moves for leave of this Court to file under seal Exhibit R to U.S. Cellular's Memorandum in Support of Its Motion for Summary Judgment. In support of its motion, U.S. Cellular states as follows:

1. The Memorandum in Support includes as an exhibit an excerpt from the deposition of John Davidsohn from an earlier case between Plaintiff Virtual Interactive Phone Concepts, Inc. ("VIPC") and Virgin Mobile USA (Exhibit R to Memorandum in Support). VIPC has designated this deposition as "Confidential" under the Local Patent Rule Model Protective Order, which is operative in this case under Local Patent Rule 1.4.

2. U.S. Cellular does not believe that the small portion of the deposition contained in Exhibit R contains VIPC confidential information and therefore requested that VIPC allow U.S. Cellular to publicly file Exhibit R. However, VIPC has instructed U.S. Cellular to continue to treat the material in Exhibit R as confidential. Because VIPC has designated the material in Exhibit R as confidential, U.S. Cellular seeks leave to file Exhibit R under seal.

WHEREFORE, U.S. Cellular requests that the Court enter an order

  (a)  approving filing Exhibit R under seal, and

  (b)  requiring that this filing remain sealed and confidential.

Dated: September 9, 2013

Respectfully submitted,

UNITED STATES CELLULAR CORPORATION

By: /s/ Douglas I. Lewis
     One of Its Attorneys

Richard J. O'Brien
Douglas I. Lewis
Savan N. Vaghani
James I. Zirkle
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 9, 2013, the foregoing document was served upon the following counsel of record via the Court's CM/ECF system.


             /s/ James I. Zirkle
             *Attorney for United States Cellular Corporation*