# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., ) ) ) Plaintiff/Counterclaim-Defendant, ) ) v. ) ) UNITED STATES CELLULAR CORPORATION, ) ) ) ) Defendant/Counterclaim-Plaintiff. ) | Civil Action No. 1:11-cv-05289  Judge Elaine E. Bucklo |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court of the Northern District of Illinois, Defendant United States Cellular Corporation ("U.S. Cellular") respectfully moves for the withdrawal of Savan N. Vaghani as counsel for U.S. Cellular for the reason that his employment with Sidley Austin LLP will soon end. U.S. Cellular's other attorneys of record shall continue representing U.S. Cellular in this matter.

Counsel for Plaintiff Visual Interactive Phone Concepts, Inc. do not oppose this motion.

Dated: January 15, 2014

Respectfully submitted,

                                                UNITED STATES CELLULAR CORPORATION

                                                By: /s/ Savan N. Vaghani
                                                     One of Its Attorneys

Richard J. O'Brien
Douglas I. Lewis
Savan N. Vaghani
James I. Zirkle
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 15, 2014, I served the foregoing document by the means indicated below:

| | |
|---|---|
| Kenneth I. Kohn<br>Barbara L. Mandell<br>KOHN & ASSOCIATES PLLC<br>30500 Northwestern Hwy<br>Suite 410<br>Farmington Hills, MI 48334-3179<br>k.kohn@kohnandassociates.com;<br>b.mandell@kohnandassociates.com | **VIA ECF FILING** |
| Andrew T. Solomon<br>Gerald D. Silver<br>SULLIVAN & WORCESTER LLP<br>1633 Broadway<br>New York, NY 10019<br>asolomon@sandw.com<br>gerry.silver@sandw.com | **VIA ECF FILING** |
| Cheryl Tama Oblander<br>Butler, Rubin, Saltarelli & Boyd LLP<br>70 West Madison<br>Suit 1800<br>Chicago, IL 60602<br>ctama@butlerrubin.com | **VIA ECF FILING** |

*Attorneys for Plaintiffs Visual
Interactive Phone Concepts, Inc.*

                 */s/ Savan N. Vaghani*
                  Savan N. Vaghani