**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., | ) ) ) | |
| Plaintiff/Counterclaim-Defendant, | ) ) | |
| v. | ) ) | Civil Action No. 1:11-cv-05289 |
| UNITED STATES CELLULAR CORPORATION, | ) ) ) | Judge Elaine E. Bucklo |
| | ) ) | **NOTICE OF MOTION** |
| Defendant/Counterclaim-Plaintiff. | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, January 23, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Visual Interactive Phone Concepts, Inc. and Defendant United States Cellular Corporation and shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in the courtroom usually occupied by her at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois for the presentment of the Unopposed Motion to Withdraw as Counsel.

Dated: January 15, 2014

          Respectfully submitted,

          UNITED STATES CELLULAR
          CORPORATION


          By: /s/ Savan N. Vaghani
                One of Its Attorneys

          Richard J. O'Brien
          Douglas I. Lewis
          Savan N. Vaghani
          James I. Zirkle
          SIDLEY AUSTIN LLP
          1 S. Dearborn Street
          Chicago, Illinois  60603
          Telephone: (312) 853-7000
          Facsimile: (312) 853-7036