# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Visual Interactive Phone Concepts, Inc.

                        Plaintiff,

v.                                       Case No.: 1:11−cv−05289

                                              Honorable Elaine E. Bucklo

United States Cellular Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's Unopposed Motion to withdraw James I. Zirkle as attorney [103] is granted. Joint Motion to amend scheduling order [106] is granted. Initial close of fact discovery extended to 9/9/2014. Status hearing reset to 9/3/2014 at 9:30 AM. Enter Fourth Amended Scheduling Order. Attorney James Ian Zirkle terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.