**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., )<br>)<br>Plaintiff/Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>UNITED STATES CELLULAR CORPORATION, )<br>)<br>Defendant/Counterclaim-Plaintiff. )<br>)<br>) | Civil Action No. 1:11-cv-05289<br><br>Hon. Elaine E. Bucklo |

**FIFTH AMENDED SCHEDULING ORDER**

The Court enters the following schedule in this case:

| Event | Original date from the Fourth Amended Scheduling Order | Amended Date |
|---|---|---|
| Final Noninfringement, Enforceability and Validity Contentions (LPR 3.2) | 7/29/2014 | 10/29/2014 |
| Exchange of Proposed Claim Terms to be Construed along with Proposed Constructions (LPR 4.1a) | 8/12/2014 | 11/12/2014 |
| Meet and confer to select 10 terms to be presented to Court for Construction (LPR 4.1b) | 8/19/2014 | 11/19/2014 |
| Initial Close of Fact Discovery (LPR 1.3) | 9/9/2014 | 12/9/2014 |
| Opening Claim Construction Brief by party opposing infringement and Joint Appendix (LPR 4.2a) | 9/16/2014 | 12/16/2014 |
| Responsive Claim Construction Brief by party claiming infringement (LPR 4.2c) | 10/14/2014 | 1/21/2015 |
| Reply Claim Construction Brief by party opposing infringement (LPR 4.2c-d) | 10/28/2014 | 2/12/2015 |
| Joint Claim Construction Chart and Status Report (LPR 4.2f) | 11/4/2014 | 2/19/2015 |
| Claim Construction Hearing (LPR 4.3) | TBD | TBD |
| Claim Construction Ruling (and reinstatement of fact discovery) | TBD | TBD |

| Event | Original date from the Fourth Amended Scheduling Order | Amended Date |
|---|---|---|
| Discovery Concerning Opinions of Counsel may comments (LPR 3.6) | 7 days after entry of claims | 7 days after entry of claims |
| Close of Fact Discovery-Final (LPR 1.3) | 42 days after entry of claim construction ruling | 42 days after entry of claim construction ruling |
| Initial Expert Reports (LPR 5.1b) | 21 days after final close of fact discovery | 21 days after final close of fact discovery |
| Rebuttal Expert Reports (LPR 5.1c) | 35 days after initial expert reports | 35 days after initial expert reports |
| Depositions of Experts (LPR 5.2) | Completed 35 days after exchange of rebuttal reports | Completed 35 days after exchange of rebuttal reports |
| Final Day for Filing Dispositive Motions (LPR 6.1) | 28 days after end of expert discovery | 28 days after end of expert discovery |
| Case Ready for Trial | 20 weeks after final dispositive motions | 20 weeks after final dispositive motions |

**SO ORDERED.**

Dated: July 24, 2014

Hon. Elaine E. Bucklo
U.S. District Court Judge