**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., | ) ) ) | |
| Plaintiff/Counterclaim-Defendant, | ) ) | |
| v. | ) ) | Civil Action No. 1:11-cv-05289 |
| UNITED STATES CELLULAR CORPORATION, | ) ) ) | Judge Elaine E. Bucklo |
| | ) ) | |
| Defendant/Counterclaim-Plaintiff. | ) | |

**NOTICE OF MOTION**

TO: All Attorneys of Record

PLEASE TAKE NOTICE that on Friday, November 7, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant United States Cellular Corporation ("U.S. Cellular") shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 2243 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, for the presentment of U.S. Cellular's Motion For Leave To File a Memorandum Exceeding 15 Pages.

2

Dated: November 4, 2014	Respectfully submitted,

UNITED STATES CELLULAR
CORPORATION


By:  /s/ *Robert D. Leighton*
       One of its Attorneys

Richard J. O'Brien
Douglas I. Lewis
Robert D. Leighton
Jessica Johnson

SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

2