# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Visual Interactive Phone Concepts, Inc.

                                Plaintiff,

v.                                                                          Case No.: 1:11−cv−05289

                                                                                      Honorable Elaine E. Bucklo

United States Cellular Corporation

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: United States Cellular Corporation's Motion to withdraw motion to stay case deadlines pending resolution of motion to strike [126] is granted. U.S. Cellular Corporation's Motion to stay [119] is withdrawn. Agreed Motion to stay case deadlines and to set a briefing schedule on U.S. Cellular's motion to strike [128] is granted. U.S. Cellular Corporation's Motion to strike plaintiff's infringement contentions and to dismiss plaintiff's claim of infringement [123] is taken under advisement. Plaintiff to respond by 12/5/2014. Defendant to reply by 12/19/2014. Ruling before Honorable Elaine E. Bucklo on 1/30/2015 at 9:30 AM. Status hearing reset to 1/30/2015 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.