**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VISUAL INTERACTIVE PHONE CONCEPTS, INC., | ) |
| Plaintiff/Counterclaim-Defendant, | ) ) ) Civil Action No. 1:11-cv-05289 |
| v. | ) ) ) Hon. Elaine E. Bucklo |
| UNITED STATES CELLULAR CORPORATION, | ) ) ) |
| Defendant/Counterclaim-Plaintiff. | ) ) |

**VISUAL INTERACTIVE PHONE CONCEPTS INC.'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO ITS OPPOSITION MEMORANDUM OF LAW UNDER SEAL**

Plaintiff Visual Interactive Phone Concepts, Inc. ("VIPC") respectfully submits this motion for leave to file certain exhibits to its memorandum of law in opposition to the Motion of U.S. Cellular Corporation ("U.S. Cellular") to Strike Plaintiff's Infringement Contentions and to Dismiss Plaintiff's Claim of Infringement (the "Motion) under seal pursuant to Local Rule 26.2 and Local Patent Rule 1.4.

VIPC, in its memorandum of law in opposition to the Motion, intends to quote from and attach as exhibits certain diagrams and excerpts from U.S. Cellular documents entitled, "USCC MPLS Core" and "LTE-CDMA Overlay End to End Architecture, Version 1.4," as Exhibits 6 and 7, respectively (the "Exhibits"). U.S. Cellular has designated these exhibits "Confidential" under the Local Rule Model Protective Order, operative in this case pursuant to Local Patent Rule 1.4.

Accordingly, VIPC respectfully requests that the Court enter an order (a) approving the filing of the Exhibits under seal, and (b) approving the filing of a version of VIPC's memorandum of law in opposition to the Motion with quotations from the Exhibits redacted.

Dated: December 5, 2014

Respectfully submitted,

SULLIVAN & WORCESTER LLP

By: /s/ Gerry Silver
Gerry Silver, Esq.
Andrew Solomon, Esq.
1633 Broadway, 32nd Floor
New York, NY 10019
(T) 212-660-3096
(F) 212-660-3001
gerry.silver@sandw.com
asolomon@sandw.com

Cheryl Tama Oblander, Esq.
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602
Phone: (312) 444-9660
Fax: (312) 444-9287
CTama@butlerrubin.com

Attorneys for Plaintiff Visual Interactive Phone Concepts, Inc.

**CERTIFICATE OF SERVICE**

      I certify that on December 5, 2014, I caused the foregoing document to be served by ECF filing upon:

Douglas Lewis
      dilewis@sidley.com
Robert Leighton
      rleighton@sidley.com
Richard O'Brien
      robrien@sidley.com
Carol Timosciek
      ctimosciek@sidley.com
Jessica Johnson
      jessica.johnson@sidley.com
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

*Counsel for Defendant United States Cellular Corporation*


Dated:  New York, New York
         December 5, 2014

                                    /s/Gerry Silver
                                        Gerry Silver