## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Visual Interactive Phone Concepts, Inc.
                                                Plaintiff,

v.                                                                               Case No.: 1:11−cv−05289
                                                                              Honorable Elaine E. Bucklo

United States Cellular Corporation
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's Motion to strike plaintiff's infringement contentions and to dismiss plaintiff's claim of infringement [123] is granted in part. Plaintiff's final infringement contentions are strike with leave to file amended infringement contentions by 6/26/2015. Status hearing reset to 7/14/2015 at 9:30 AM. Enter Order. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.