UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Visual Interactive Phone Concepts, Inc.
                                    Plaintiff,

v.                                  Case No.: 1:11−cv−05289
                                    Honorable Elaine E. Bucklo

United States Cellular Corporation
                                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 14, 2015:

        MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held and continued to 09/22/15 at 9:30 a.m. As stated on the record, motion to strike to be filed by 07/20/15. Response to be filed by 08/10/15 and reply to be filed by 08/24/15.Mailed notice(mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.