# United States District Court
# Northern District of Illinois

In the Matter of

| | |
|---|---|
| Visual Interactive Phone Concepts, Inc. | Senior Judge William T. Hart |
| v. | Case No. 11-CV-5289 |
| United States Cellular Corporation | Designated Magistrate Judge Young B. Kim |

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge William T. Hart who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_____
**Judge Elaine E. Bucklo**

Date: Thursday, December 10, 2015

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge William T. Hart.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Thursday, December 10, 2015

District Reassignment - By Agreement

- It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case is not required.

Thursday, December 10, 2015 _____

**William T. Hart**

..........................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Agreement