## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Visual Interactive Phone Concepts, Inc.

                                           Plaintiff,

v.                                                     Case No.: 1:11−cv−05289

                                                              Honorable William T. Hart

United States Cellular Corporation

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 14, 2016:

       MINUTE entry before the Honorable William T. Hart:Status hearing held on 1/14/2016. Parties shall comply with LPR 4.1(a) and (b) as stated in open court. Status hearing set for 3/17/2016 at 02:00 PM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.